**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CESAR RAFAEL LUX-MEJIA,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LEONARD ODDO, et. al.,<br>　　　　　　Respondents. | )<br>)<br>)<br>)　　Civil No. 26-19<br>)<br>)<br>)<br>) |

## <u>ORDER OF COURT</u>

AND NOW, this 15th day of April, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1); and the case management order (ECF No. 3) issued by the magistrate judge on March 17, 2026, and counsel for the Respondents not having entered an appearance or filed a response as of the date of this Order:

IT IS HEREBY ORDERED that on or before April 20, 2026, Petitioner shall file a status report with respect to service of the Petition on Respondents in compliance with the case management order.

BY THE COURT:

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
Senior United States District Court Judge